**ERNEST S. KINNEY #66429**
Attorney at Law
1060 Fulton Mall #704
Fresno, CA  93721
(559)237-2111  FAX:(559)237-3499

Attorney for Defendant, **RAMIRO BARRAGAN**

**IN THE UNITED STATES DISTRICT COURT FOR**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>RAMIRO BARRAGAN<br><br>  Defendant | Case No.: CR-F-05-0368-AWI<br><br>**Substitution of Attorney** |

I, **RAMIRO BARRAGAN**, do hereby substitute **ERNEST S. KINNEY**, Attorney at Law, 1060 Fulton Mall, Suite 704, Fresno, California 93721, as my attorney, in the place and stead of **ANN H. VORIS.**

**DATED:** 10/27/05                    /s/ RAMIRO BARRAGAN
                                                                **RAMIRO BARRAGAN**, Defendant

I hereby agree to the above substitution.

**DATED:** 11/7/05                     /s/ ANN H. VORIS
                                                                **ANN H. VORIS**

I hereby agree to accept the above substitution.

**DATED:** 10/27/05                    /s/ ERNEST S. KINNEY
                                                                **ERNEST S. KINNEY**

        IT IS SO ORDERED.

**Dated:   November 8, 2005**              /s/ Anthony W. Ishii
0m8i78                                                  UNITED STATES DISTRICT JUDGE

-1-